OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

PRESORTED
FIRST CLASS

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701
02 1W
0001401682 DEC. 11. 2015

$ 000.27⁵

**12/9/2015**
**LESTER, DAVID ALLEN**    Tr. Ct. No. 17086-A    **WR-84,249-01**
This is to advise that the Court has denied without written order the application for
writ of habeas corpus.

Abel Acosta, Clerk

DAVID ALLEN LESTER
#1709490    Discharged